# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

TIMOTHY DALE ALLEN                                                      PLAINTIFF

v.                              No. 3:17-cv-228-DPM

CASEY GIBSON, Jailer, Craighead
County Detention Center                                                 DEFENDANT

## ORDER

1. The Court withdraws the reference.

2. Allen hasn't responded to the Court's 16 November 2017 Order; his mail is still being returned undelivered. № 13 & 14. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D. P. Marshall Jr.
United States District Judge

18 January 2018