IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TIMOTHY DALE ALLEN                                     PLAINTIFF

v.                       No. 3:17-cv-228-DPM

CASEY GIBSON, Jailer, Craighead
County Detention Center                               DEFENDANT

## JUDGMENT

Allen's complaint is dismissed without prejudice.

*D. P. Marshall Jr.*
D. P. Marshall Jr.
United States District Judge

18 January 2018